```
 1  THOMAS P. O'BRIEN                              JS - 6
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    JOHN E. NORDIN II
 4  Assistant United States Attorney
    Assistant Chief, Civil Division
 5  California Bar Number: 049680
         Room 7516, Federal Building
 6       300 North Los Angeles Street
         Los Angeles, California  90012
 7       Telephone: (213) 894-3552
         Facsimile: (213) 894-7819
 8       Email: john.nordin@usdoj.gov

 9  Attorney for Defendant FEDERAL BUREAU OF PRISONS
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THOMAS R. ZIEGLER, | Case No. CV 06-7860-VBF(AJWx) |
| Plaintiff, | Hearing Date: February 4, 2008 |
| v. | Time: 1:30 p.m., |
| FEDERAL BUREAU OF PRISONS, | Judge: Hon. Valerie B. Fairbank |
| Defendant. | U.S. District Judge |

**JUDGMENT**

Ziegler - Judgment 2(mj)

February 12, 2008

1    The motion for summary judgment filed on behalf of defendant, Federal Bureau of
2 Prisons on November 28, 2007 (PACER Docket Item 66), came on regularly for hearing on
3 February 4, 2008.  Plaintiff Thomas R Ziegler appeared in *propria persona* and defendant
4 Federal Bureau of Prisons was represented by John E. Nordin II, Assistant U.S. Attorney,
5 Assistant Chief, Civil Division.

6    Having reviewed all documents and papers filed by both parties and having considered
7 the arguments made at the time of the hearing, the court grants defendant's Motion for Summary
8 Judgment.  The tentative order, filed February 1, 2008 (PACER Docket Item 82), is adopted as
9 the order of the court with the following additions: The court finds no basis for an *in camera*
10 inspection of any documents or videos.  Further, the court finds that the government did not
11 unlawfully destroy any documents.

12    Accordingly, **IT IS ORDERED, ADJUDGED, AND DECREED** that judgment shall be
13 entered on behalf of defendant Federal Bureau of Prisons and against Plaintiff Thomas R.
14 Ziegler.

15 DATE: February 14, 2008

*Valerie Baker Fairbank*

VALERIE B. FAIRBANK
UNITED STATES DISTRICT JUDGE

17 Submitted By:
18
THOMAS P. O'BRIEN
19 United States Attorney
LEON W. WEIDMAN
20 Assistant United States Attorney
Chief, Civil Division
21
 /s/ John E Nordin II
22 JOHN E. NORDIN II
Assistant United States Attorney
23 Assistant Chief, Civil Division

24 Attorneys for Defendant
Federal Bureau of Prisons

Ziegler - Judgment 2(mj)

February 12, 2008

2

**PROOF OF SERVICE BY MAIL**

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On **FEBRUARY 12, 2008**, I served the: **[Proposed] JUDGMENT** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.  I am readily familiar with the practice of this office for collection and processing of correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: **FEBRUARY 12, 2008**

Place of mailing: **Los Angeles, California**.

*Thomas R. Ziegler*
*Uhlandstrasse 24*
*70182 Stuttgart*
*Germany*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **FEBRUARY 12, 2008**, at Los Angeles, California.

/s/ Martha Jimenez
MARTHA JIMENEZ
PARALEGAL ASSISTANT

Ziegler - Judgment 2(mj)

February 12, 2008

3